# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUND VIEW INNOVATIONS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> FACEBOOK, INC. <br><br> *Defendant*. | Case No. 2:17-cv-04275-JAK-PLA <br><br> **ORDER RE STIPULATION OF DISMISSAL** <br><br> **JS-6** |

On this day, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Sound View Innovations, LLC ("Plaintiff") and Defendant Facebook, Inc. ("Defendant") announced to the Court that they have resolved Plaintiff's claims for relief against Defendant asserted in this case.

IT IS THEREFORE ORDERED that all claims asserted by Plaintiff in this action are dismissed with prejudice. IT IS FURTHER ORDERED that all defenses asserted by Defendant in this action are dismissed without prejudice. IT IS

1 FURTHER ORDERED that each party is to bear its own attorneys' fees, costs and
2 expenses.
3 IT IS SO ORDERED.

Dated: January 10, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1

3786-002